IN RE WHITE

No. 154P95

Case below: 118 N.C.App. 337

Notice of appeal by defendant (substantial constitutional question) dismissed 7 September 1995. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 September 1995.

JOHNSON v. BAHLSEN, INC.

No. 174P95

Case below: 118 N.C.App. 337

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 7 September 1995.

JOHNSON v. CITY OF ROCKY MOUNT

No. 296P95

Case below: 119 N.C.App. 442

Petition by petitioner (Charles L. Johnson) for discretionary review pursuant to G.S. 7A-31 denied 7 September 1995.

NATIONWIDE MUTUAL INS. CO. v. DAVIS

No. 209P95

Case below: 118 N.C.App. 494

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 7 September 1995.

O'CARROLL v. ROBERTS INDUSTRIAL CONTRACTORS

No. 282P95

Case below: 119 N.C.App. 140

Petition by defendant (Texasgulf) for discretionary review pursuant to G.S. 7A-31 denied 7 September 1995.